149 A.3d 551

FC GEN REAL ESTATE

v.

COMMERCIAL CONTRACTORS GROUP

Pet. Docket No. 341, Sept. Term, 2016

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 921, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

149 A.3d 551

FULLARD, James A., Sr.

v.

STATE of Maryland

Pet. Docket No. 364, Sept. Term, 2016

Court of Appeals of Maryland.

November 23, 2016

Administratively closed by the Court of Special Appeals (No. 273, Sept. Term, 2016).

Petition for writ of certiorari denied.